No. 66906.—American Commercial, Inc., and Unitron Import Corp. *v.* United States, protests 59/29279 and 59/26988 (Los Angeles).

Opinion by OLIVER, C.J. In accordance with stipulation of council that the merchandise consists of Shoji panels similar in all material respects to those the subject of *United Enterprises et al.* v. *United States* (41 Cust. Ct. 73, C.D. 2023), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, JULY 11, 1962

No. 66907.—Cotra Corp. *v.* United States, protests 59/28311, etc. (New York).

Opinion by RAO, J. In accordance with oral stipulation of counsel that the merchandise consists of waterproof cotton cloth similar in all material respects to that the subject of *United States* v. *D. H. Grant & Co., Inc.* (47 C.C.P.A. 20, C.A.D. 723), the claim of the plaintiff was sustained.

No. 66908.—King Filing Supply Co. *v.* United States, protest 61/1001 (New York).

Opinion by RAO, J. It appearing that the protest was filed more than 60 days after liquidation, the protest was dismissed as untimely.